**SMITH v. YOUNG MOVING & STORAGE, INC.**

[353 N.C. 521 (2001)]

KAY SMITH v. YOUNG MOVING AND STORAGE, INC.

No. 22A01

(Filed 8 June 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 141 N.C. App. ——, 540 S.E.2d 383 (2000), reversing and remanding an order entered 11 August 1999 by Hight, J., in Superior Court, Johnston County. Heard in the Supreme Court 15 May 2001.

*Hinton, Hewett & Wood, P.A., by Alan B. Hewett, for plaintiff-appellant.*

*McGuireWoods LLP, by Fred M. Wood, Jr.; Melissa M. Kemmer; and C. Marshall Lindsay, for defendant-appellee.*

PER CURIAM.

AFFIRMED.

Justice EDMUNDS did not participate in the consideration or decision of this case.